| | |
|---|---|
| CORYEL L ADAMS, | CASE NO. 2:16-CV-00917-DWC |
| Plaintiff, | |
| v. | ORDER ON STIPULATED MOTION FOR RELIEF FROM ORDER |
| NANCY A BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

Presently before the Court is the Stipulated Motion for Relief from Order Pursuant to Fed. R. Civ. P. 60(A) ("Motion"). Dkt. 22. On March 15, 2017, the Court entered an Order reversing and remanding the decision of the Commissioner. Dkt. 18. In the Order, the Court stated the Administrative Law Judge should "re-evaluate Plaintiff's RFC for the period beginning June 14, 2010 through February 25, 2012." *Id*. at p. 15. The parties filed the pending Motion requesting the Court correct the dates for the period of re-evaluation of the RFC. Dkt. 22. Specifically, Plaintiff amended her alleged onset date to October 11, 2013 and, thus, the period under consideration should begin on October 11, 2013, not June 14, 2010. *See id*. (citing Dkt. 11, at p. 9, 16).

1 | After review of the Motion and the relevant record, the Motion is granted. The Court will
2 | issue an Amended Order correcting the dates for the period under consideration by the ALJ and
3 | issue.

4 | Dated this 1st day of September, 2017.

*[signature]*

David W. Christel
United States Magistrate Judge